UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DIMAGGIO,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY,<br><br>    Defendant. | Case No.   5:15-cv-02276-HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO APPEAR IN PRO HAC VICE**<br><br>Re: Dkt. No. 5 |

Attorney William Delaney moves for leave to appear in pro hac vice on behalf of plaintiff. Counsel wishing to appear in pro hac vice in this district must have co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L.R. 11-3(a)(3). Mr. Delaney identifies co-counsel whose office is in Seattle, Washington. Accordingly, the application for appearance in pro hac vice is denied, without prejudice to renew the request in compliance with Civil Local Rule 11-3.

SO ORDERED.

Dated:   June 11, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

5:15-cv-02276-HRL Notice has been electronically mailed to:

Venkat Balasubramani    venkat@focallaw.com, misty@focallaw.com

William J Delaney    bill@delaney-law.com